Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov  For Los Angeles criminal duty.
CrimIntakeCourtDocs-SA@cacd.uscourts.gov  For Santa Ana criminal duty.
CrimIntakeCourtDocs-RS@cacd.uscourts.gov  For Riverside criminal duty.

CR-64

FILED
2022 JAN 11 AM 8:57
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY RO

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
| PLAINTIFF | 2:21-cr-00582-WU |
| V. | |
| SEAN WOFFORD | REPORT COMMENCING CRIMINAL ACTION |
| USMS# _____ DEFENDANT | |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on __1/11/22__ at __6:15__ ☒ AM ☐ PM
   or
   The defendant was arrested in the _____ District of _____ on _____ at _____ ☐ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:  ☐ Yes  ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):  ☐ Yes  ☒ No
   USMS 1st St. Courthouse custody

4. Charges under which defendant has been booked:
   21 USC 841; 18 USC 924

5. Offense charged is a:  ☒ Felony  ☐ Minor Offense  ☐ Petty Offense  ☐ Other Misdemeanor

6. Interpreter Required:  ☒ No  ☐ Yes  Language: _____

7. Year of Birth: 1982

8. Defendant has retained counsel:  ☐ No
   ☒ Yes  Name: __Joseph Shemaria__   Phone Number: __310-278-2660__

9. Name of Pretrial Services Officer notified: __Vivian Villegas__

10. Remarks (if any): __Officer phone number 310-487-5275__

11. Name: __Brent James__ (please print)

12. Office Phone Number: __310 487 5275__    13. Agency: __FBI__

14. Signature: __[signature]__    15. Date: __1-11-22__

CR-64 (09/20)                    REPORT COMMENCING CRIMINAL ACTION