```
 1  TRACY L. WILKISON
    United States Attorney
 2  SCOTT M. GARRINGER
    Assistant United States Attorney
 3  Chief, Criminal Division
    DAVID C. LACHMAN (Cal. Bar No. 261711)
 4  Assistant United States Attorney
    General Crimes Section
 5       1200 United States Courthouse
         312 North Spring Street
 6       Los Angeles, California 90012
         Telephone: (213) 894-5564
 7       Facsimile: (213) 894-2927
         E-mail:    david.lachman@usdoj.gov
 8
    Attorneys for Plaintiff
 9  UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 21-00582-GW |
|---|---|
| Plaintiff, | NOTICE OF REASSIGNMENT OF CRIMINAL CASE |
| v. | |
| SEAN WOFFORD,<br>   aka "dweb sean," | |
| Defendant. | |

Plaintiff, United States of America, by and through plaintiff's counsel of record, the Acting United States Attorney for the Central District of California and Assistant United States Attorney David C. Lachman, hereby advises the Court that the above-captioned case has been reassigned to a new Assistant United States Attorney ("AUSA") as follows:

//

//

//

//

| | Name | E-mail Address |
|---|---|---|
| Previously Assigned AUSA | Susan Har | susan.har@usdoj.gov |
| Newly Assigned AUSA | David C. Lachman | david.lachman@usdoj.gov |

Please make all necessary changes to the Court's Case Management/Electronic Case Filing system to ensure that the newly assigned AUSA, David C. Lachman, is associated with this case as attorney of record for plaintiff and that he receives all e-mails relating to filings in this case.

Dated: January 12, 2022               Respectfully submitted,

                                       TRACY L. WILKISON
                                       United States Attorney

                                       SCOTT M. GARRINGER
                                       Assistant United States Attorney
                                       Chief, Criminal Division


                                             /s/
                                       ───────────────────────────────
                                       DAVID C. LACHMAN
                                       Assistant United States Attorney

                                       Attorneys for Plaintiff
                                       UNITED STATES OF AMERICA