TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
DAVID C. LACHMAN (Cal. Bar No. 261711)
Assistant United States Attorney
General Crimes Section
    1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-5564
    Facsimile: (213) 894-2927
    E-mail:   david.lachman@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>       v.<br><br>SEAN WOFFORD,<br>  aka "dweb sean,"<br><br>       Defendant. | No. CR 21-00582-GW<br><br>ORDER CONTINUING TRIAL DATE AND FINDINGS REGARDING EXCLUDABLE TIME PURSUANT TO SPEEDY TRIAL ACT<br><br>**[PROPOSED] TRIAL DATE:**<br>**06-14-22**<br><br>**[PROPOSED] PRETRIAL CONFERENCE:**<br>**06-02-22** |

The Court has read and considered the Stipulation Regarding Request for (1) Continuance of Trial Date and (2) Findings of Excludable Time Pursuant to the Speedy Trial Act, filed by the parties in this matter on February 18, 2022.  The Court hereby finds that the Stipulation, which the Court incorporates by reference into this Order, demonstrates facts that support a continuance of the trial date in this matter, and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

The Court further finds that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; and (iii) failure to grant the continuance would unreasonably deny defendant continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. These findings are based on the facts set forth in the parties' Stipulation--which the Court hereby incorporates by reference--including but not limited to the facts related to the COVID-19 pandemic.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The trial in this matter is continued from February 22, 2022 to June 14, 2022, at 8:30 a.m.  The pretrial conference is scheduled for June 2, 2022, at 8:00 a.m.

   a. Any pretrial motions shall be filed no later than April 12, 2012; oppositions shall be filed no later than April 26, 2022; and replies, if any, shall be filed no later than May 3, 2022.

   b. Any motions in limine shall be filed no later than May 10, 2022; and oppositions shall be filed no later than May 24, 2022.

2. The time period of February 22, 2022 to June 14, 2022, inclusive, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (h)(7)(B)(iv).

3. Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must

commence. Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

    IT IS SO ORDERED.

| | |
|---|---|
|  February 22, 2022 | *George H. Wu* |
| DATE | HONORABLE GEORGE H. WU<br>UNITED STATES DISTRICT JUDGE |

Presented by:

   /s/
DAVID C. LACHMAN
Assistant United States Attorney